IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiffs,<br><br>vs.<br><br>GABRIEL CHAVEZ,<br><br>                    Defendant. | **8:18CR146**<br><br>**ORDER** |

This matter is before the court on Defendant's UNOPPOSED MOTION TO ENLARGE TIME TO FILE PRE-TRIAL MOTIONS [50]. For good cause shown, I find that the motion should be granted. Defendant will be given an approximate 30-day extension. Pretrial Motions shall be filed by November 14, 2018.

**IT IS ORDERED:**

1. Defendant's UNOPPOSED MOTION TO ENLARGE TIME TO FILE PRE-TRIAL MOTIONS [50] is granted. Pretrial motions shall be filed on or before November 14, 2018.

2. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., the time between October 15, 2018, and November 14, 2018, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel required additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

Dated this 16th day of October, 2018.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge