**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:18CR146** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **GABRIEL J. CHAVEZ and** | ) | **ORDER** |
| **JESSICA SAUNDERS,** | ) | |
| | ) | |
| **Defendants.** | | |

This matter is before the court on the defendant Gabriel J. Chavez's unopposed Motion to Continue Trial [63].  Counsel needs additional time to allow defendant and defendant's counsel to share further and necessary discussion regarding trial and/or negotiated settlement.  For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [63] is granted, as follows:

1. The jury trial, **for both defendants**, now set for March 18, 2019 is continued to **May 6, 2019.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and May 6, 2019**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

**DATED:  March 4, 2019.**

BY THE COURT:


s/ Michael D. Nelson
**United States Magistrate Judge**